

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| UNITED STATES OF AMERICA | No. 16 CR 261 |
|---|---|
| v. | Violation: Title 18, United States Code, Section 922(g) |
| JERMELL EVANS | |

**JUDGE LEE**

**MAGISTRATE JUDGE COX**

The SPECIAL JUNE 2015 GRAND JURY charges:

On or about March 30, 2015, at Chicago, in the Northern District of Illinois, Eastern Division,

JERMELL EVANS,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely a Smith and Wesson .357 caliber revolver, bearing serial number N35459, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g) and 924(e)(1).

**FILED**
APR 1 9 2016

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2015 GRAND JURY further charges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g)(1), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Smith and Wesson .357 caliber revolver, bearing serial number N35459.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY